# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**　　　　　　　　　　　　　　**PLAINTIFF**
**#106563**

**V.**　　　　　　**NO. 4:22-cv-00143-BRW-ERE**

**COBB**, *et al.*　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.   Procedures for Filing Objections

This Recommendation for the dismissal of Mr. Robertson's claims has been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Wilson may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### II.   Discussion

On February 14, 2022, Plaintiff Michal Otis Robertson, an inmate at the Pulaski County Detention Facility, filed this action *pro se* under 42 U.S.C. § 1983.

*Doc. 2*. Because Mr. Robertson is a "three-striker,"[1] he can proceed *in forma pauperis* only if he is currently in imminent danger of serious physical injury. See 28 U.S.C. § 1915(g); *Ashley v. Dilworth,* 147 F.3d 715, 717 (8th Cir. 1998).

In his original and amended complaints (*Docs. 1,4*), Mr. Robertson alleges that: (1) Detention Facility officers have retaliated against him; (2) officers are "picking" on him; (3) officers previously used excessive force against him; and (4) officers confiscated his "Jordan mask." These alleged facts are not sufficient to show that Mr. Robertson is in imminent danger of serious physical injury.

Based on Mr. Robertson's status as a three-striker and his failure satisfy the imminent-danger-of-serious-physical-injury standard, on February 15, 2022, the Court ordered him to pay the $402.00 filing fee within 30 days. *Doc. 3*. The Court specifically cautioned Mr. Robertson that his failure to comply with the Court's Order would result in dismissal of his claims, without prejudice. To date, Mr. Robertson has not complied with the Court's February 15, 2022 Order and the time for doing so has passed.

### III. Conclusion

The Court recommends that Mr. Robertson's claims be DISMISSED, without

---

[1] The following dismissals constitute "strikes" for purposes of 28 U.S.C. § 1915(g): *Robertson v. Freeman, et al.*, E.D. Ark. Case No. 4:21-cv-939-BRW; *Robertson v. Turn Key Medical, et al.*, E.D. Ark. Case No. 4:21-cv-1066-DPM; and *Robertson v. Sims, et al.*, E.D. Ark. Case No. 4:20-cv-01512-JM.

prejudice, based on his failure to: (1) comply with the Court's February 15, 2022 Order requiring him to pay the filing fee; and (2) prosecute this lawsuit.

DATED this 16th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE