IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**                                                                  **PLAINTIFF**
**#106563**

V.                                       NO. 4:22-cv-00143-BRW-ERE

**COBB,** *et al.*                                                                            **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Robertson's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Robertson's complaint and amended complaint are DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's February 15, 2022 Order requiring him to pay the filing fee; and (2) prosecute this lawsuit.

The Clerk is directed to close this case.

IT IS SO ORDERED, this 25th day of March, 2022.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE