IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**                                                     **PLAINTIFF**
**#106563**

**V.**                      **NO. 4:22-cv-00143-BRW-ERE**

**COBB,** *et al.*                                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 25th day of March, 2022.

                                                      Billy Roy Wilson
                                                       UNITED STATES DISTRICT JUDGE